**Opinion issued May 21, 2013**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-13-00348-CR

————————————

## IN RE KERRY BEAL, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Kerry Beal filed a pro se petition for writ of mandamus in which he contends that the trial court judge, Respondent Hon. James Shoemake, abused his discretion when he (1) refused to rule on Beal's motion to recuse, (2) granted a non-party's motion to quash a subpoena duces tecum served by Beal, (3) refused to rule on Beal's motion to compel production/motion for show cause order relating

1

to that same subpoena and (4) refused to rule on another motion to compel production/motion for show cause order relating to a second subpoena that Beal attempted to serve upon another non-party.

Respondent Shoemake signed an order on May 2, 2013, referring Beal's motion to recuse to the Presiding Judge of the Second Administrative Judicial Region. The portion of Beal's petition which addresses the trial court's alleged failure to rule on the recusal motion is therefore moot.

Accordingly, we **dismiss** the portion the portion of Beal's petition which addresses the trial court's alleged failure to rule on the recusal motion as **moot**. We also **deny** the remainder of Beal's petition for writ of mandamus, and we **dismiss** any pending motions as **moot**.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Sharp and Massengale.

Do not publish.   TEX. R. APP. P. 47.2(b).